# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOSE ANTONIO RODRIGUEZ,**
Appellant,

v.

**DENNIS MARSHALL** and **DEBORAH MARSHALL,**
Appellees.

No. 4D18-2072

[December 4, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 50-2016-DR-008443-XXXX-MB.

Adam David Farber, Boynton Beach, for appellant.

Veronica Doss of Interra Law Firm, Boca Raton, for appellees.

PER CURIAM.

We affirm without further discussion the circuit court's order granting the grandparents' motion to modify the custody agreement and denying the father's motion to terminate the custody agreement. This affirmance is "without prejudice to further proceedings in the event of changed circumstances." *See Williams v. Burgess*, 164 So. 3d 137 (Fla. 1st DCA 2015).

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***